USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NICOLE BROGDEN,                              :

                Plaintiff,         :

    -against-                                 :

ALEX BIZE & CONTEMPORARY                     :
STREETWEAR, LLC,
                                              :

                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

12 Civ. 1204 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        On April 4, 2013, Magistrate Judge Michael H. Dolinger issued a report and recommendation ("April Report") advising this Court to enter default judgment against Contemporary Streetwear LLC and defer an award of damages until the conclusion of proceedings against co-defendant Bize. This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations" of a magistrate judge." 28 U.S.C. § 636(b)(1). There being no objections to the April Report, this Court reviews it for "clear error on the face of the record." 28 U.S.C. § 636(b)(1). This Court finds that Magistrate Judge Dolinger's thorough and well-reasoned April Report is not facially erroneous and therefore adopts it in full. Accordingly, a default judgment is entered against Contemporary Streetwear, LLC.

Dated: January 8, 2014
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record*:

Russell Moriarty
Levine & Blit, Pllc
350 Fifth Avenue, Suite 3601
New York, NY 10118
*Counsel for Plaintiff*

Joshua T. Reitzas
Berlandi Nussbaum & Reitzas LLP
1515 Broadway, 12th Floor
New York, NY 10036
*Counsel for Defendant Bize*